UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG SARGSYAN,<br><br>                              Petitioner,<br><br>            v.<br><br>JAMES JANECKA, et al.,<br><br>                              Respondents. | Case No. 5:26-cv-02467-PA-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

//

IT IS ORDERED that:

(1) The petition is granted; and

(2) Respondents are enjoined from continuing to detain Petitioner unless within seven days he is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a).

DATED:  May 27, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2