UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG SARGSYAN, | Case No. 5:26-cv-02467-PA-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that:

(1) The petition is granted; and

(2) Respondents are enjoined from continuing to detain Petitioner unless within seven days he is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a).

DATED:  May 27, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE